## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RIVERPOINT MANAGEMENT, LLC,** | ) | **CASE NO. 8:06CV301** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARY KLEINHOLZ,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This matter is before the Court on the Plaintiff's Application for Preliminary Injunction pursuant to Fed. R. Civ. P. 65. The Defendant has received notice of the Complaint (Filing No. 7) and, according to the certification of service, counsel for the Defendant has been served with a copy of the Application. (Filing No. 8).

IT IS ORDERED:

1) On or before Monday, May 1, 2006, the Plaintiff shall file a brief and an index of evidence, if any, in support of its Application for Preliminary Injunction;

2) On or before Tuesday, May 23, 2006, the Defendant shall file her responsive brief and an index of evidence, if any, in opposition to the Application;

3) On or before Tuesday, May 30, 2006, the Plaintiff may file a reply brief; and

4) A hearing on the Application shall commence on Monday, June 5, 2006, at 1:30 p.m., before the undersigned in Courtroom No. 2, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 20th day of April, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge