# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RIVERPOINT MANAGEMENT LLC,** )<br>)<br>Plaintiff,   )<br>)<br>vs.   )<br>)<br>**MARY KLEINHOLZ,**   )<br>)<br>Defendant.   ) | 8:06CV301<br><br>ORDER |

This matter is before the magistrate judge on plaintiff's motion for a protective order sealing its Index of Evidence filed May 1, 2006.  For good cause shown,

**IT IS ORDERED** that the motion [17] is granted, and the Clerk shall seal Filing [16] as requested.

**DATED May 2, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**