# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RIVERPOINT MANAGEMENT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV301 |
| vs. ) | |
| ) | ORDER |
| MARY KLEINHOLZ, ) | |
| ) | |
| Defendant. ) | |

On May 17, 2006, the court conducted a telephonic hearing on defendant's Objection [23] to the proposed subpoena to be served on Concentric Corporation. During the hearing, plaintiff orally requested that discovery be expanded to include additional documents. Defendant objected to that request.

As discussed during the hearing,

**IT IS ORDERED:**

1. Defendant's Objection [23] is sustained as to items 4, 6 and 7 and denied as to all other items.

2. Plaintiff's oral motion to expand expedited discovery is denied.

**DATED May 17, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**