### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RIVERPOINT MANAGEMENT LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CV301** |
| vs. | ) | |
| | ) | **ORDER** |
| **MARY KLEINHOLZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the "Notice of Withdrawal" [72] filed on behalf of defense counsel Nancy A. Wood. The court construes the notice as a motion for leave to withdraw as defense counsel. *See* NEGenR 1.3(f). The record shows the defendant continues to be represented by other counsel.

**IT THEREFORE IS ORDERED** that the Notice of Withdrawal [72], construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of Nancy A. Wood and stop all further electronic notices to Ms. Wood.

**DATED September 18, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**