IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RIVERPOINT MANAGEMENT LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV301 |
| vs. ) | |
| ) | SCHEDULING ORDER |
| **MARY KLEINHOLZ,** ) | |
| ) | |
| Defendant. ) | |

    Progression of this case was previously stayed pending the results of a settlement conference. The conference was held on November 7, 2006, but the parties did not reach a settlement. Accordingly,

**IT IS ORDERED:**

    1.    The stay entered on October 16, 2006 is hereby lifted.

    2.    A telephone conference with the undersigned magistrate judge will be held on **December 7, 2006 at 11:00 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Plaintiff's counsel shall initiate the call to opposing counsel and then to the court at 402-661-7340. (At the request of the parties, the conference may be held in chambers). Prior to the conference, counsel shall have:

    a.    Disclosed the names, addresses, and affiliations with any party of all non-expert witnesses;

    b.    Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;

    c.    Completed a conference with opposing counsel concerning outstanding discovery disputes as required by NECivR 7.1(i);

    d.    Discussed with opposing counsel plans for completing the depositions of expert witnesses and other remaining discovery and the filing of motions for summary judgment; and

    e.    Discussed with opposing counsel any other matters which may influence the setting of this case for trial.

**DATED November 7, 2006.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett**
                                                **United States Magistrate Judge**