IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RIVERPOINT MANAGEMENT, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO. 8:06CV301** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **MARY KLEINHOLZ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 81). I find that the Stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and it should be approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation for Dismissal With Prejudice (Filing No. 81) is approved, and the relief requested therein is granted;

2. The Complaint and all counterclaims are dismissed with prejudice; and

3. The parties shall pay their own costs and fees as stated in Filing No. 81.

DATED this 27th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge